1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DONOVAN L. HALEY,              )        NO. CV 14-3944-AG(E)
                                   )
12                  Plaintiff,     )
                                   )
13        v.                       )        JUDGMENT
                                   )
14  LASD, et al.,                  )
                                   )
15                  Defendants.    )
    _____ )
16

17

18        IT IS ADJUDGED that the action is dismissed without prejudice.

19

20        DATED: November 21, 2014.

21

22

23                                _____
                                       ANDREW J. GUILFORD
                                  UNITED STATES DISTRICT JUDGE
24

25

26

27

28